THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WALTER SEMASZCZUK, Appellant.

Submitted June 5, 1945; decided July 19, 1945.

*Solomon Raffe* for appellant.

*Fred J. Munder, District Attorney* (*Henry Tasker* of counsel), for respondent.

Judgments reversed and information dismissed on the ground that the information does not allege facts constituting the crime (Penal Law, § 185). We pass upon no other question. No opinion.

Concur: LEHMAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ. Taking no part: LOUGHRAN, J.